1

LAW OFFICES OF BILL LATOUR

2

BILL LATOUR [CSBN: 169758]

3

1420 E. Cooley Dr., Suite 100
Colton, California 92324

4

Telephone: (909) 796-4560

5

Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

6

7

Attorney for Plaintiff

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

RAYMOND GONZALES,                         )        No.  EDCV 14-1362 PJW

11

                                                          )

12

          Plaintiff,                              )        ORDER AWARDING EAJA FEES

                                                          )

13

          v.                                        )

14

                                                          )

CAROLYN W. COLVIN,                        )

15

Commissioner Of Social Security,        )

16

                                                          )

          Defendant.                            )

17

18

          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19

          IT IS ORDERED that EAJA fees are awarded in the amount of TWO

20

THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the

21

terms of the stipulation.

22

23

          DATE:  March 14, 2016   _____

24

                                        HON. PATRICK J. WALSH

25

                                        UNITED STATES MAGISTRATE JUDGE

26

27

28

-1-